**CROSS et al. v. WILKINSON et al.    (No. 5570.)**

(Court of Civil Appeals of Texas. Austin. Feb. 16, 1916. Rehearing Granted Dec. 14, 1921.)

Error from District Court, Travis County; Geo. Calhoun, Judge.

On rehearing. Former judgment (187 S. W. 345) set aside, and judgment below affirmed in conformity to the Supreme Court's answers to certified questions (234 S. W. 68).

A. H. Kirby and Theodore Mack, both of Fort Worth, and E. H. Yeiser, of Austin, for plaintiffs in error.

Morrow & Morrow, of Hillsboro, and C. L. Black, of Austin, for defendants in error.

JENKINS, J. This cause involves the construction of article 4269, R. S. 1895, Acts 18th Leg. c. 40. The district court rendered judgment in favor of the defendants in error. We reversed that judgment, and rendered judgment in favor of plaintiff in error. See 187 S. W. 345. Defendants in error filed a motion for a rehearing, and also to certify the case to the Supreme Court. We granted the motion to certify, and held the motion for a rehearing in abeyance, awaiting the answer to the certified question. That question has been answered adversely to our decision.

Following the decision of the Supreme Court in answer to said certified question, the motion of defendants in error is granted, our former judgment herein is set aside, and the judgment of the trial court herein is affirmed.

BRADY, J., not sitting.

---

# MEMORANDUM DECISIONS

---

COX v. STATE. (No. 6465.) (Court of Criminal Appeals of Texas. Oct. 19, 1921.) Appeal from District Court, Ellis County; W. L. Harding, Judge. Proceeding by the State against John Cox, and the latter appeals. Appeal withdrawn. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. It appearing that appellant has filed in this court his personal affidavit requesting the withdrawal of the appeal, the request is granted, and the appeal ordered abated. The clerk of this court will therefore certify said action to the trial court.

---

FIELDS v. STATE. (No. 6495.) (Court of Criminal Appeals of Texas. Nov. 23, 1921.) Appeal from District Court, Ft. Bend County; M. S. Munson, Judge. Johnnie Fields was convicted of burglary, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for burglary; punishment fixed at confinement in the penitentiary for a period of 10 years. The record fails to disclose either bill of exceptions, statement of facts, or fundamental error. The judgment is affirmed.

---

MEYERS v. STATE. (No. 6373.) (Court of Criminal Appeals of Texas. Nov. 16, 1921.) Appeal from District Court, McLennan County; Richard I. Munroe, Judge. S. W. Meyers was convicted of unlawfully receiving intoxicating liquors, and he appeals. Reversed, and prosecution dismissed. Farmer & Farmer and John B. McNamara, all of Waco, for appellant. R. H. Hamilton, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of McLennan county of unlawfully receiving intoxicating liquors, and his punishment fixed at three years in the penitentiary. There is but one question that needs to be noticed. By his bill of exceptions No. 1 appellant shows that he presented to the trial court a plea to the jurisdiction and motion to quash the indictment, based upon the fact that the grand jury finding same was composed of ten men and two women. Upon hearing said motion the state admitted the allegations to be true. In Harper v. State (No. 6369) 234 S. W. 909, recently decided by this court, the question herein involved was decided adversely to the state. Upon the authority of that case, this judgment will be reversed, and the prosecution ordered dismissed.

---

Ex parte SHAW. (No. 6491.) (Court of Criminal Appeals of Texas. Nov. 2, 1921.) Appeal from District Court, Kaufman County; Joel R. Bond, Judge. Habeas corpus by Mart Shaw to test the legality of the act of the Governor of the state, revoking a parole. From an order remanding relator to the sheriff, to be returned to the penitentiary, he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.